```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE J03-0015--CR (HRH)
                 "USA V RANDY WAYNE NUTT"
                 DEF 1.1 NUTT, RANDY WAYNE
```

In public format, including terminated defendants, excluding terminated counsel

```
    Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge: The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed: 10/20/03
             Closed: 05/14/04
  No. of Defendants: 1
     MJ Case Number: J03-0026--MJ
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
   Needs interpreter: NO
   Counsel of record: Hugh W. Fleischer
                     310 K Street, Suite 200
                     Anchorage, AK 99501
                     907-264-6635
                     FAX 907-264-6602
                     Serve: YES
                      Type: CJA
                      Role: 2255 Motion


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Audrey J. Renschen
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 NUTT, RANDY WAYNE
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 INF | 1 | 21:846,841(b)(1)(B) ATTEMPTED POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Sentenced (29-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CRIMINAL DOCKET ENTRIES FOR CASE J03-0015--CR (HRH)
                    "USA V RANDY WAYNE NUTT"

              In public format, for all filing dates
```

Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
Magistrate Judge: The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
           Filed: 10/20/03
          Closed: 05/14/04
No. of Defendants: 1

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 10/20/03 | [Re: DEF 1] PLF 1 Information. |
| NOTE - | 1 | 10/21/03 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 10/2/03 in J03-0026MJ (PMP). |
| 2 - | 1 | 10/21/03 | [Re: DEF 1] Documents #2,4,10-13 transferred from J03-026MJ (PMP). |
| 3 - | 1 | 10/21/03 | [Re: DEF 1] PMP Minute Order re Arr set for 10/23/03 at 11:00 a.m. cc: USA< FPD, USM, USPO |
| 4 - | 1 | 10/23/03 | [Re: DEF 1] PMP Order of Detention Pending Trial. cc: USA, PFD, USM, USPO |
| 5 - | 1 | 10/23/03 | [Re: DEF 1] PMP Order regarding preparation for trial; cnsl to meet by 10/30/03; PTMs due 11/3/03. cc: USA, FPD |
| 6 - | 1 | 10/23/03 | [Re: DEF 1] PMP Court Minutes [ECR: Gala Nelson] Arraignment on Felony Information (held 10/23/03): Def pled NOT GUILTY; def detained; trial set for 11/24/03 w/disc to close 10/30/03 and PTMs due 11/3/03. cc: USA, PFD, USM, USPO |
| NOTE - | 2 | 10/27/03 | Issued: Speedy Trial Notice to Judge Singleton. |
| 7 - | 1 | 10/28/03 | [Re: DEF 1] JKS Minute Order setting TBJ for 11/24/03 at 9:00 a.m. in Juneau and FPTC for 11/18/03 at 4:30 p.m. in Anchorage; def may participate telephonically at the FPTC. cc: USA, FPD, USM, USPO, MJ Pallenberg, JC |
| 8 - | 1 | 11/07/03 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 9 - | 1 | 11/12/03 | [Re: DEF 1] PLF 1 Attorney Substitution of A. Renschen (AUSA) for S. Collins (AUSA). |
| 10 - | 1 | 11/14/03 | {SEALED} |
| 11 - | 1 | 11/17/03 | {SEALED} |
| 12 - | 1 | 11/19/03 | {SEALED} |
| 13 - | 1 | 11/19/03 | {SEALED} |
| 14 - | 1 | 01/02/04 | {SEALED} |
| 15 - | 1 | 01/05/04 | {SEALED} |
| 16 - | 1 | 01/07/04 | {SEALED} |
| 17 - | 1 | 01/07/04 | [Re: DEF 1] JKS Order of excludable delay; crt found excludable delay under 3161(h)(8)(A)(B) & (h)(8)(B)(iv). |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET ENTRIES FOR CASE J03-0015--CR (HRH)
                           "USA V RANDY WAYNE NUTT"

                      In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 18 - 1 | 02/06/04 | DEF 1 Notice of Intent to change plea. |
| 19 - 1 | 02/09/04 | [Re: DEF 1] JKS Minute Order setting PCOP for 02/13/04 at 2:30 p.m. in Juneau before Judge Fitzgerald. cc: USA, FPD, USM, USPO, Judge Fitzgerald, MJ Pallenberg, JC |
| 20 - 1 | 02/20/04 | [Re: DEF 1] JMF Court Minutes [ECR: Legia Pate] PCOP (held 2/13/04): Def changed plea to Guilty to CT I; IOS set for week of 4/26/04; def detained; FPTC and TBJ set for 2/23/04 VACATED. cc: USA, FPD, USM, USPO, Judge Fitzgerald |
| 21 - 1 | 03/05/04 | [Re: DEF 1] JKS Minute Order that by agreement of the judges, case is reassigned to Judge Fitzgerald; use the following case number on all future filings: J03-0015CR (JMF); IOS set for 05/06/04 at 3:00 p.m. in Juneau, Alaska. cc: USA, FPD, USM, USPO, Judge Fitzgerald, MJ Pallenberg |
| 22 - 1 | 04/28/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 23 - 1 | 04/29/04 | {SEALED} |
| 24 - 1 | 05/03/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 25 - 1 | 05/04/04 | [Re: DEF 1] JMF Minute Order vacating IOS set for 05/06/04 and resetting for 06/03/04 at 2:00 p.m. in Juneau, Alaska. cc: USA, FPD, USM, USPO, MJ Pallenberg |
| 26 - 1 | 05/07/04 | [Re: DEF 1] JMF Minute Order vacating IOS set for 06/03/04 and resetting for 05/14/04 at 2:00 p.m. cc: USA, FPD, USM, USPO, MJ Pallenberg |
| 27 - 1 | 05/12/04 | [Re: DEF 1] JMF Minute Order that by agreement of the judges, this case is reassigned to Judge Holland for all further proceedings; use the following case number on all future filings: J03-0015CR (HRH). The IOS set 5/14/04 is vacated and reset for 5/13/04 at 8:30 a.m. in Courtroom #1 before Judge Holland. cc: USA, FPD, USM, USPO, Judge Holland, MJ Pallenberg |
| 28 - 1 | 05/13/04 | [Re: DEF 1] HRH Court Minutes [ECR: Debby Willoughby-Lyons] IOS held 5/13/04. Exhibit to sentencting procedure filed under seal. Mot for downward departure denied. Imprisonment for a term of 188 months. SR 5 years. Court finds def does not have the ability to pay a fine. SA $100.00 due immediatley to the clerk of court. Def is remanded to the custody of the USM, w/att exhibit filed under seal. |
| 29 - 1 | 05/14/04 | [Re: DEF 1] HRH Judgment pleaded guilty to count(s) 1 of the Information (1-1). Imprisonment for a term of 188 months. SR 5 years w/special conditions. SA $100.00. Def is remnaded to the custody of the USM. cc: AUSA, FPD, USM, USPO, MJ Pallenberg, Def w/cnsl cy, Finance, FLU |
| 30 - 1 | 06/15/04 | [Re: DEF 1] Partial Transcript re: IOS held 5/13/04. |
| 31 - 1 | 07/02/04 | USM Return of svc on judgment re: DEF 1 executed on 6/23/01 to FCI Sheridan, Sheridan, OR. |
| 32 - 1 | 08/16/04 | DEF 1 motion to vacate, set aside, or correct sentence w/att exh. |
| 33 - 1 | 08/16/04 | DEF 1 motion to proceed without prepayment of fees w/att exhs. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE J03-0015--CR (HRH)
                     "USA V RANDY WAYNE NUTT"

              In public format, for all filing dates
```

```
Document #   Filed       Docket text

   34  -  1  08/16/04    DEF 1 motion for appointment of counsel.

   35  -  1  08/16/04    DEF 1 Certificate of svc re: DEF 1 motion to vacate, set aside, or
                         correct sentence (32-1), DEF 1 motion for appointment of counsel (34-1)
                         .

   36  -  1  08/24/04    [Re: DEF 1] HRH Order directing svc & response; clk to serve cy of 2255
                         mot on USAtty; denying motion to proceed w/o prepayment of fees (33-1);
                         granting mot for appt of counsel (34-1); AK FPD to designate cnsl from
                         CJA Penal or FPD's office; Def cnsl to file amended 2255 mot or notice
                         of non-amendment on/before 9/17/04; USAtty ans due 10/18/04; case
                         referred to MJ Pallenberg per D.Ak.LMR 4(5). cc: USA w/2255 mot, R. Nutt
                         w/Pro Se Handbook, MJ Pallenberg w/2255, PSLC, FPD

   37  -  1  09/09/04    DEF 1 CJA appointment of H. Fleicher.

   38  -  1  09/13/04    DEF 1 motion & memo for cont of brief date to file amended petition.

   39  -  1  09/14/04    [Re: DEF 1] PMP Minute Order granting motion & memo for cont of brief
                         date to file amended petition (38-1); amended pet due 10/18; govt's
                         answer due 11/18. cc: USA, H. Fleischer

   40  -  1  10/13/04    DEF 1 Amended motion to vacate, set aside, or correct sentence (32-1).

   41  -  1  11/18/04    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to vacate, set aside, or
                         correct sentence (32-1) w/att exh.

   42  -  1  11/18/04    [Re: DEF 1] PLF 1 motion for permission to submit CD in support of
                         government's opposition to 28:2255.

   43  -  1  11/18/04    [Re: DEF 1] PLF 1 Attorney Substitution of A. Renschen.

   44  -  1  11/29/04    [Re: DEF 1] PMP Order granting motion for permission to submit CD in
                         support of government's opposition. (42-1) cc: USA, H. Fleischer

   45  -  1  12/16/04    DEF 1 reply to opposition to DEF 1 motion to vacate, set aside, or
                         correct sentence (32-1).

   46  -  1  12/16/04    DEF 1 motion to replace affidavit.

   47  -  1  12/22/04    [Re: DEF 1] PMP Order granting motion to replace affidavit. (46-1) cc:
                         USAtty, H. Fleischer

   48  -  1  12/27/04    DEF 1 Affidavit of R. Nutt re: reply to oppo to DEF 1 motion to vacate,
                         set aside, or correct sentence (32-1).

   49  -  1  01/26/05    Initial R&R re: DEF 1 motion to vacate, set aside, or correct sentence.
                         (32-1). Objections due 02/07/05. Reply due 02/14/05. cc: A. Renschen
                         (USA), H. Fleischer, Judge Holland

   50  -  1  02/07/05    DEF 1 objection to R&R re: DEF 1 motion to vacate, set aside, or correct
                         sentence (32-1).

   51  -  1  02/10/05    Final R&R re: DEF 1 motion to vacate, set aside, or correct sentence.
                         (32-1) cc: A. Renschen, H. Fleischer, Judge Holland
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE J03-0015--CR (HRH)
                            "USA V RANDY WAYNE NUTT"

                        In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 52 - 1 | 02/18/05 | [Re: DEF 1] HRH Order denying motion to vacate, set aside, or correct sentence (32-1). cc: USA, H. Fleischer, MJ Pallenberg |
| 53 - 1 | 02/23/05 | [Re: DEF 1] HRH Judgment dismissing appl for post-conviction relief (28 U.S.C. 2255). cc: USA, H. Fleischer, MJ Pallenberg |
| 54 - 1 | 02/23/05 | DEF 1 motion (request) for a certificate of appealability. |
| 55 - 1 | 02/28/05 | [Re: DEF 1] HRH Order denying mot (req) for a certificate of appealability (54-1). cc: USA, H. Fleischer, Juneau Appeals Clk |
| 56 - 1 | 12/30/05 | Copy of Order from 9CCA. The req for cert of appealability denied; all pending mots & reqs are denied. cc: USA, H. Fleischer |